WILLIAM VEDOVATO, INC., v. NISHAN REALTY CORPORATION and Another.—

Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.